IN THE COURT OF COMMON PLEAS

SUMMIT COUNTY, OHIO

| | | |
|---|---|---|
| WAYNE R. GORE, JR.<br>47 Russell Avenue<br>Niles, Ohio 44446 | )<br>)<br>) | JUDGE |
| and | ) | CASE NO. |
| HOPE GORE<br>47 Russell Avenue<br>Niles, Ohio 44446 | )<br>)<br>)<br>) | **C O M P L A I N T** |
| Plaintiffs | ) | (Trial by Jury Demanded) |
| vs. | ) | |
| AMANDA DeANGELIS<br>6360 Forest Edge Drive<br>Hudson, Ohio 44236 | )<br>)<br>) | |
| CHRISTOPHER DeANGELIS<br>17667 Afton Avenue<br>Lake Milton, Ohio 44429 | )<br>)<br>) | |
| ANTHONY ANDERSON<br>1323 Middlebury Road<br>Kent, Ohio 44240 | )<br>)<br>) | |
| and | ) | |
| BLUE CROSS BLUE SHIELD SERVICE<br>BENEFIT PLAN<br>c/o Carelon<br>P.O. Box 659940<br>San Antonio, Texas 78265 | )<br>)<br>)<br>)<br>) | |
| Defendants | ) | |

Now comes **WAYNE R. GORE, JR.** and for his Complaint against Defendants **AMANDA DeANGELIS, CHRISTOPHER DeANGELIS AND ANTHONY ANDERSON** states as follows:

### FIRST CAUSE OF ACTION

1. On or about September 1, 2023 and at all other times material hereto, Defendants Amanda DeAngelis, Christopher DeAngelis and Anthony Anderson were the owners, residents, tenants, managers, caretakers or custodians of a residence located at 30 East Jay Street, Newton Falls, Ohio 44444 (Hereinafter the "Premises").

2. On or about September 1, 2023 Plaintiff Wayne R. Gore, Jr. was rightfully at the Premises while delivering the mail.

3. At the same time and place Plaintiff Wayne R. Gore, Jr. was physically attacked, violently knocked down to the ground and severely injured by a dog owned, kept or harbored by the aforesaid Defendants at the Premises.

4. Defendants knew or should have known of the vicious nature of their dog and are further liable to Plaintiff for damages pursuant to Ohio Revised Code Section 955.28.

5. As a direct and proximate result of the foregoing actions or inactions of the Defendants, Plaintiff was caused to suffer severe personal injuries on September 1, 2023, said injuries including but not limited to his tailbone and L1-L2 vertebrae, neck, back, bladder, left arm and shoulder, some of which continue and are permanent.

6. As a further direct and proximate result of the acts of Defendants and the injuries sustained, Plaintiff has been and will be required to receive medical care and treatment for said injuries and to incur expenses for said treatment, all to his damage. Plaintiff has further

suffered and continues to suffer severe physical pain, mental anguish, embarrassment and damage to his work and credit reputation which may become permanent.

       7. As a further direct and proximate result of the acts of Defendants, Plaintiff has been unable to attend to and perform the duties of his occupation, suffered loss of income and related benefits, all to the damage and expense of Plaintiff.

## SECOND CAUSE OF ACTION

       8. Plaintiff Wayne R. Gore, Jr. realleges and reavers each and every allegation and averment as are necessary contained in the First Cause of Action hereinabove as if fully rewritten herein.

       9. At the time and place first mentioned above, Defendants negligently maintained the Premises and the dog residing or harbored therein in such a manner as to make it unsafe for passersby, invitees and Plaintiff; to wit: containing and preventing their dog from being able to attack people.

       10. Defendants knew or should have known of the dangerous conditions existing on the Premises and negligently failed to act to remove said conditions.

       11. Defendants knew or should have known of the dangerous conditions existing on the premises and negligently failed to warn Plaintiff of said conditions.

       12. As a further direct and proximate result of the wrongful acts and negligence of Defendants, Plaintiff suffered the injuries and damages mentioned in Paragraphs 5, 6 and 7 of the First Cause of Action which are incorporated herein by reference.

## THIRD CAUSE OF ACTION

Now comes **HOPE GORE** and for her Complaint against Defendants **AMANDA DeANGELIS, CHRISTOPHER DeANGELIS AND ANTHONY ANDERSON** states as follows:

13. Plaintiff Hope Gore realleges and reavers each and every allegation and averment as are necessary and contained in the First and Second Causes of Action hereinabove as if fully rewritten herein.

14. Plaintiff Hope Gore is and was at all times material hereto, the spouse of Plaintiff Wayne R. Gore, Jr.

15. As a further direct and proximate result of the actions of Defendants, Plaintiff Hope Gore has suffered the loss of her husband's comfort, care, consortium, services, support, enjoyment and advice and has further incurred responsibility for the expense for the care and treatment of the injuries sustained by her spouse in the incident which is the subject of this lawsuit.

## SUBROGATION ISSUES

16. Defendant Blue Cross Blue Shield Service Benefit Plan has made certain payments on behalf of Plaintiff Wayne R. Gore, for medical services provided to him as a result of this subject incident and thereby may, by operation of contract or statute, have a subrogation lien upon the proceeds of the claims of said Plaintiff resulting from the injuries sustained in the subject incident.

**WHEREFORE**, Plaintiff **WAYNE R. GORE, JR.** demands judgment against the Defendants, **AMANDA DeANGELIS, CHRISTOPHER DeANGELIS AND ANTHONY ANDERSON,** *jointly and severally*, in such sum of money as will fully and adequately compensate him for his damages, losses and injuries (physical and mental), present, past and future, said sum being *in excess of* **Twenty-Five Thousand Dollars (>$25,000.00)** and his costs incurred herein on the First and Second Causes of Action.

Plaintiff **HOPE GORE** demands judgment against the Defendants, **AMANDA DeANGELIS, CHRISTOPHER DeANGELIS AND ANTHONY ANDERSON,** *jointly and severally*, in such sum of money as will fully and adequately compensate her for her damages, losses and injuries, present, past and future, said sum being *in excess of* **Twenty-Five Thousand Dollars (>$25,000.00)** and her costs incurred herein on the Third Cause of Action.

Further, plaintiff **WAYNE R. GORE, JR.** demands that defendant **BLUE CROSS BLUE SHIELD SERVICE BENEFIT PLAN** set forth the basis for, and the amount of its claim of subrogation herein, and that same be accounted for as it pertains to the claims of the plaintiff Wayne R. Gore, Jr. in this matter.

Plaintiffs hereby request a trial by jury herein.

*/s/ Mark S. Frank*
**MARK S. FRANK (#0015606)**
*Attorney for Plaintiffs, Wayne R. Gore, Jr. and Hope Gore*
MARK S. FRANK, ATTORNEY AT LAW, LLC
4469 Renaissance Parkway
Cleveland, Ohio  44128-5754
mark@marksfranklaw.com
(216) 682-0870
Fax (216) 763-2620